**Electronically Filed
Supreme Court
SCWC-11-0000067
02-JUL-2012
03:53 PM**

NO. SCWC-11-0000067

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

In the Matter of the Application of
HAWAII ELECTRIC LIGHT COMPANY, INC.
For Approval of Rate Increases
and Revised Rate Schedules and Rules

_____

KEAHOLE DEFENSE COALITION, INC., a Hawai‘i
nonprofit corporation, Petitioner/Participant-Appellant,

vs.

PUBLIC UTILITIES COMMISSION OF THE STATE OF HAWAI‘I,
Respondent/Appellee,

and

HAWAII ELECTRIC LIGHT COMPANY, INC., a Hawai‘i nonprofit
corporation, Respondent/Participant-Appellee,

and

DIVISION OF CONSUMER ADVOCACY, DEPARTMENT OF COMMERCE AND
CONSUMER AFFAIRS OF THE STATE OF HAWAI‘I, Respondent/Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000067; DOCKET NO. 05-0315)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, and McKenna, JJ.,
Circuit Judge Nishimura, in place of Recktenwald, C.J.,
recused, and Circuit Judge Perkins, due to vacancy)

The Application for Writ of Certiorari filed on May 16,

2012 by Petitioner/Participant-Appellant Keahole Defense

Coalition, Inc. is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 2, 2012.


Michael J. Matsukawa,          /s/ Paula A. Nakayama
for petitioner
                               /s/ Simeon R. Acoba, Jr.
Thomas W. Williams, Jr.,
Peter Y. Kikuta,               /s/ Sabrina S. McKenna
Lisa A. Bail,
Adams K. Robinson              /s/ Rhonda A. Nishimura
(Goodsill, Anderson,
Quinn & Stifel),               /s/ Richard K. Perkins
for respondent



2